1  BRIAN DUNN, No. 176502
   COCHRAN, CHERRY, GIVENS, SMITH & STEWART
2  4929 Wilshire Boulevard, Suite 1010
   Los Angeles, California 90010-3856
3  Tel: (323) 931-6200; Fax: (323) 931-9521

4  MICHAEL J. HADDAD, No. 189114
   JULIA SHERWIN, No. 189268
5  HADDAD & SHERWIN
   505 Seventeenth Street
6  Oakland, CA 94612
   Tel: (510) 452-5500; Fax: (510) 452-5510
7
   Attorneys for Plaintiffs
8  KELY WILKINS, Individually and as the Successor
   In Interest to Decedent WILLIAM ALBERTO WILKINS,
9  WILLIAM ALBERTO WILKINS, Individually, the
   ESTATE OF WILLIAM WILKINS, WILLIAM
10 RANDOLPH WILKINS, a Minor, by and Through His
   Guardian Ad Litem, KELY WILKINS, FERNANCO
11 WILKINS, Individually, and JOSEFINA WILKINS,
   Individually
12
   JOHN A. RUSSO, No. 129729                EDWIN J. WILSON, JR., No. 48881
13   City Attorney                          TODD BOLEY, No. 68119
   RANDOLPH W. HALL, No. 080142             ERICKSON, BEASLEY, HEWITT &
14   Assistant City Attorney                WILSON LLP
   WILLIAM E. SIMMONS, No. 121266           483 Ninth Street, Suite 200
15   Supervising Trial Attorney             Oakland, California 94607
   CITY OF OAKLAND                          Tel:(510) 839-3448; Fax: (510) 839-1622
16 One Frank H. Ogawa Plaza, 6th Floor
   Oakland, California 94612                Attorneys for Defendants
17 Tel: (510) 239-3751; Fax: (510) 238-6500 CITY OF OAKLAND, TIM SCARROTT and
                                            ANDREW KOPONEN

18

19                    UNITED STATES DISTRICT COURT

20                    NORTHERN DISTRICT OF CALIFORNIA

21

22 KELY WILKINS, et al.,           )     No. C 01-1402 MMC
                                   )
23                Plaintiffs       )
                                   )     **STIPULATION AND [PROPOSED]**
24    v.                           )     **ORDER TO CONTINUE EXPERT**
                                   )     **WITNESS DISCOVERY DEADLINE**
25 CITY OF OAKLAND, et al.,        )
                                   )
26                Defendants.      )
   _____ )
27
          IT IS HEREBY STIPULATED, by and among the parties hereto, by and through their
28

1  attorneys of record, as follows:

2      1.    The current deadline for the completion of expert witness discovery is January 12, 2006.

4      2.    The parties have attempted to schedule depositions of designated experts within the current deadline, but have been unable to do so because of the limited dates when all counsel and experts are available.

7      3.    The parties request that the deadline for expert witness discovery be continued to February 28, 2006. This is more than three months before the trial date and will not delay the parties' preparation for trial.

10     4.    This stipulation is being filed electronically by counsel for Plaintiff. Pursuant to General Order 45, Sec. X. B., the undersigned counsel for Plaintiff attests that counsel for Defendants concurs in this stipulation.

Dated: December 23, 2005    LAW OFFICES OF COCHRAN, CHERRY, GIVENS, SMITH & STEWART

By   /s/
    Brian Dunn

Attorneys for Plaintiffs

Dated: December 23, 2005    ERICKSON BEASLEY HEWITT & WILSON LLP

By   /s/
    Todd Boley

Attorneys for Defendants
City of Oakland, Tim Scarrott and Andrew Koponen

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document

By   /s/
    Todd Boley

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: December 27, 2005

_____
THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE