1  JOHNNIE L. COCHRAN, JR. (SBN 33334)
   BRIAN T. DUNN (SBN 176502)
2  COCHRAN, CHERRY, GIVENS, SMITH & STEWART
   4929 Wilshire Boulevard, Suite 1010
3  Los Angeles, California  90010-3856
   Telephone: (323) 931-6200; Fax: (323) 931-9521
4
   Attorneys for all Plaintiffs
5
   MICHAEL J. HADDAD (State Bar No. 189114)
6  JULIA SHERWIN  (State Bar No. 189268)
   HADDAD & SHERWIN
7  505 Seventeenth Street
   Oakland, CA  94612
8  Telephone: (510) 452-5500; Fax: (510) 452-5510
9  Co-counsel for all Plaintiffs
10 EDWIN J. WILSON, JR. (State Bar No. 48881)
   TODD BOLEY (State Bar No. 68119)
11 ERICKSON, BEASLEY, HEWITT & WILSON
   483 Ninth Street, Suite 200
12 Oakland, CA  94607
   Tel: (510) 839-3448; Fax: (510) 839-1622
13
14 Attorneys for all Defendants

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELY WILKINS, Individually and as Successor in Interest to Decedent WILLIAM ALBERTO WILKINS, et al., | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | ) |
| CITY OF OAKLAND, et al., | )<br>) |
| Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) |

No.  C 01-01402 MMC

Hon.  Maxine M. Chesney

**STIPULATION AND (~~PROPOSED~~) ORDER TO CONTINUE HEARING DATE AND COORDINATE BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO BIFURCATE**

1    All parties, by and through their respective counsel, hereby stipulate to the

2    following:

3    Defendants' Motion to Bifurcate Trial, currently scheduled for hearing on February

4    3, 2006, was calendared by Defendants without consultation with Plaintiffs' counsel.  Due

5    to the previously scheduled vacation plans of Plaintiffs' counsel, Michael Haddad and Julia

6    Sherwin, the parties agree to continue the hearing date for the motion to bifurcate by one

7    week, to February 10, 2006, with the briefing schedule to conform to the new hearing date.

8

9    COCHRAN, CHERRY, GIVENS, & SMITH

10

11

12   /s/_____          Dated: January 11, 2006
     BRIAN T. DUNN
13   Attorneys for Plaintiffs

14   HADDAD & SHERWIN

15

16   /s/_____          Dated:  January 11, 2006
     MICHAEL J. HADDAD
17   Co-Counsel for Plaintiffs

18   ERICKSON, BEASLEY, HEWITT & WILSON

19

20

21   /s/_____          Dated:  January 11, 2006
     TODD BOLEY
22   Attorneys for Defendants

23

24   *I hereby attest that I have on file all holograph signatures for any signatures indicated by a*

25   *"conformed" signature (/s/) within this e-filed document.*  Dated: January 11, 2006.

26

27                              /s/_____
                                    MICHAEL J. HADDAD

28
     No.  C 01-01402 MMC: STIPULATION AND (PROPOSED) ORDER TO CONTINUE HEARING DATE AND
     COORDINATE BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO BIFURCATE                    2

1

## ORDER

2          THIS COURT, having considered the above stipulation, and finding good cause

3    therefore,

4          IT IS HEREBY ORDERED THAT the hearing date for Defendants' Motion to

5    Bifurcate Trial is continued to February 10, 2006, with the briefing schedule under the Civil

6
     Local Rules to conform to the new hearing date.
7

8

9

10   BY STIPULATION OF THE PARTIES, IT IS SO ORDERED.

11

12    January 12, 2006
13   DATE                                      HON. MAXINE M. CHESNEY

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28