IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELY WILKINS, et al.,<br><br>            Plaintiff(s),<br><br>  vs.<br><br>CITY OF OAKLAND, et al.,<br><br>            Defendant(s). | No. C 01-1402 MMC (MEJ)<br><br>**ORDER RE: FACT DISCOVERY CUT-OFF DATE** |

The Court is in receipt of the parties' joint discovery dispute letter, filed March 23, 2006, regarding Defendants request for documents related to payments received by Plaintiffs as a result of the death of decedent William Alberto Wilkins. Although fact discovery in this matter closed on November 15, 2005, Defendants fail to address why they bring this request four months after the cut-off date. Pursuant to Civil Local Rule 26-2, no motions to compel discovery may be filed more than seven court days after the discovery cut-off. Accordingly, Defendants request is untimely and cannot be considered by the undersigned. However, Defendants may request that Judge Chesney, the presiding judge in this matter, extend the discovery deadline for purposes of this dispute. If Judge Chesney extends the deadline, the undersigned shall consider the merits of the parties' letter.

**IT IS SO ORDERED.**

Dated: March 24, 2006

MARIA-ELENA JAMES
United States Magistrate Judge