IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELY WILKINS, et al.,<br><br>           Plaintiff(s),<br><br>   vs.<br><br>CITY OF OAKLAND, et al.,<br><br>           Defendant(s)._____/ | No. C 01-1402 MMC (MEJ)<br><br>**ORDER RE: MODIFICATION OF PRETRIAL PREPARATION ORDER FOR EXPERT DISCOVERY** |

The Court is in receipt of the parties' joint discovery dispute letter, filed March 23, 2006, regarding Defendants' request to modify the pretrial preparation order to permit Defendants to call an expert witness on the issue of economic loss. As Defendants request a modification of deadlines imposed by the District Court, the undersigned Magistrate Judge is without jurisdiction to resolve this dispute. Accordingly, Defendants should bring their request before Judge Chesney, the presiding judge in this matter. If Judge Chesney extends the deadline and a dispute remains as to the substance of the requested expert discovery, the parties shall meet and confer and file an updated joint letter.

**IT IS SO ORDERED.**

Dated: March 27, 2006

_____
MARIA-ELENA JAMES
United States Magistrate Judge