JOHNNIE L. COCHRAN, JR. (SBN 33334)
BRIAN T. DUNN (SBN 176502)
COCHRAN, CHERRY, GIVENS, SMITH & STEWART
4929 Wilshire Boulevard, Suite 1010
Los Angeles, California  90010-3856
Telephone: (323) 931-6200; Fax: (323) 931-9521

Attorneys for all Plaintiffs

MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN  (State Bar No. 189268)
HADDAD & SHERWIN
505 Seventeenth Street
Oakland, CA  94612
Telephone: (510) 452-5500; Fax: (510) 452-5510

Co-counsel for all Plaintiffs

EDWIN J. WILSON, JR. (State Bar No. 48881)
TODD BOLEY (State Bar No. 68119)
ERICKSON, BEASLEY, HEWITT & WILSON
483 Ninth Street, Suite 200
Oakland, CA  94607
Tel: (510) 839-3448; Fax: (510) 839-1622

Attorneys for all Defendants

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELY WILKINS, Individually and as Successor in Interest to Decedent WILLIAM ALBERTO WILKINS, et al., <br><br>Plaintiffs,<br>vs.<br><br>CITY OF OAKLAND, et al.,<br><br>Defendants. | No.  C 01-01402 MMC<br><br>Hon.  Maxine M. Chesney<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING DATE AND COORDINATE BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO MODIFY PRETRIAL PREPARATION ORDER** |

No.  C 01-01402 MMC: STIPULATION AND (PROPOSED) ORDER TO CONTINUE HEARING DATE AND
COORDINATE BRIEFING SCHEDULE FOR DEFS' MOT. TO MODIFY PRETRIAL PREPARATION ORDER        1

All parties, by and through their respective counsel, hereby stipulate to the following:

Defendants' Motion to Modify Pretrial Preparation Order, currently scheduled for hearing on May 19, 2006, was calendared by Defendants without consultation with Plaintiffs' counsel.  Plaintiffs' counsel, Haddad & Sherwin, have informed defense counsel that they will be out of the country in France and Lebanon from May 8 to May 24, 2006.  Further, Haddad & Sherwin will be in trial before the Honorable Charles R. Breyer from April 17 through approximately April 26, 2006.  Plaintiffs' attorney Michael Haddad briefed the issues raised in Defendants' current motion when that motion was made before Magistrate Judge Maria Elena James.  And, Plaintiffs' counsel Brian Dunn, of the Cochran firm in Los Angeles, is unavailable to attend the currently scheduled hearing on May 19.

Due to the previously scheduled vacation plans of Plaintiffs' counsel, Michael Haddad and Julia Sherwin, their trial commencing on April 17, and the unavailability of Los Angeles attorney Brian Dunn, the parties agree to continue the hearing date for the motion to modify Pretrial Preparation Order by one week, to May 26, 2006, at 9:00 am, with the briefing schedule to conform to the new hearing date.

COCHRAN, CHERRY, GIVENS, & SMITH


/s/_____        Dated: April 17, 2006
BRIAN T. DUNN
Attorneys for Plaintiffs

HADDAD & SHERWIN


/s/_____        Dated:  April 17, 2006
MICHAEL J. HADDAD
Co-Counsel for Plaintiffs

1  ERICKSON, BEASLEY, HEWITT & WILSON

3  /s/_____        Dated:  April 19, 2006
4  TODD BOLEY
   Attorneys for Defendants

7  *I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.*  Dated: April 19, 2006

9                                          /s/_____
10                                              MICHAEL J. HADDAD

## ORDER

THIS COURT, having considered the above stipulation, and finding good cause therefore,

IT IS HEREBY ORDERED THAT the hearing date for Defendants' Motion to Modify Pretrial Preparation Order is continued to May 26, 2006, with the briefing schedule under the Civil Local Rules to conform to the new hearing date.

BY STIPULATION OF THE PARTIES, IT IS SO ORDERED.

Dated: April 20, 2006                     _____
                                          HON. MAXINE M. CHESNEY

No.  C 01-01402 MMC: STIPULATION AND (PROPOSED) ORDER TO CONTINUE HEARING DATE AND COORDINATE BRIEFING SCHEDULE FOR DEFS' MOT. TO MODIFY PRETRIAL PREPARATION ORDER    3