IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELY WILKINS, et al., | No. C 01-1402 MMC |
| Plaintiffs, | **ORDER VACATING TRIAL AND PRETRIAL DATES** |
| v. | |
| CITY OF OAKLAND, et al., | |
| Defendants | |

    The parties having advised the Court that they have agreed to a settlement of the above-titled action, IT IS HEREBY ORDERED that the trial and all pretrial dates are VACATED.

    **IT IS SO ORDERED.**

Dated: May 15, 2006

MAXINE M. CHESNEY
United States District Judge