BRIAN DUNN, ESQ. (SBN 176502)
THE COCHRAN FIRM
4929 Wilshire Boulevard, Suite 1010
Los Angeles, California 90010-3856
telephone: (323) 931-6200
facsimile: (323) 931-9521

Attorneys for Plaintiffs KELY WILKINS, Individually and as the Successor in Interest to Decedent WILLIAM ALBERTO WILKINS, WILLIAM ALBERTO WILKINS, Individually, the ESTATE OF WILLIAM WILKINS, WILLIAM RANDOLPH WILKINS, a minor, by and through his Guardian Ad Litem, KELY WILKINS

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELY WILKINS, Individually and as the Successor in Interest to Decedent WILLIAM ALBERTO WILKINS, WILLIAM ALBERTO WILKINS, Individually, the ESTATE OF WILLIAM WILKINS, WILLIAM RANDOLPH WILKINS, a minor, by and through his Guardian Ad Litem, KELY WILKINS,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF OAKLAND, TIM SCARROTT, individually, and in his official capacity as a Police Officer for the City of Oakland, ANDREW KOPONEN, individually, and in his official capacity as a Police Officer for the City of Oakland, and DOES 1 through 10, Inclusive,<br><br>Defendants. | CASE NO. C 01-01402 MMC<br><br>Hon. Maxine M. Chesney<br><br>[proposed] ORDER APPROVING COMPROMISE OF MINOR'S CLAIM<br><br>Re: Claim of William Randolph Wilkins, a minor, in the disputed action of *Kely Wilkins, et al. v. City of Oakland, et al.*, Case No.: **C01-01402 MMC** |

Petitioner KELY WILKINS, as Guardian Ad Litem for WILLIAM RANDOLPH WILKINS, has submitted an Amended Petition for the approval of the proposed compromise of claim, as follows:

1

1 | Name of minor:     WILLIAM RANDOLPH WILKINS
2 | Age:  6     Date of Birth: 2/8/2006   Sex: Male
3 | Residence of Petitioner: 8915 S. Fitzgerald Way, Missouri City, Texas 77459.
4 | Residence of Minor: 8915 S. Fitzgerald Way, Missouri City, Texas 77459.
5 | Date of Incident:   1/11/01.
6 | Petitioner is the mother of WILLIAM RANDOLPH WILKINS, a minor.
7 | This claim to compromised is asserted against all defendants as set forth above,
8 | their agents, and assignees, hereinafter designated as "Payers".

GOOD CAUSE APPEARING, THE COURT ORDERS

1. That the petition is granted and the compromise is approved.
2. That the payers shall disburse the proceeds of the settlement approved by this order in the following manner:

   (1) The sum total of attorneys' fees and costs in the amount of $583,090.00 payable to "Cochran, Cherry, Givens, & Smith".

   (2) The sum total of WILLIAM RANDOLPH WILKINS' apportionment for reimbursement for past workers' compensation benefits in the amount of $117,888.00 payable to "The City of Oakland."

   (3) The balance of the Settlement Proceeds shall be disbursed as follows: $1,449,022.00 made payable to "MetLife Tower Resources Group, Inc." towards the funding of an annuity for said minor, to be funded by Metropolitan Life Insurance Company after said minor reached the age of majority, in accordance with the terms and payment schedule set forth herein as Exhibit "A".

3. That all payments disbursed pursuant to this Order be disbursed within ten (10) days of the date of the entry of this Order.

4. The petitioner is hereby authorized and directed to execute any and all documents reasonably necessary to carry out the terms of the settlement as set forth herein.

IT IS SO ORDERED.

DATED: June 28, 2006

HON. MAXINE M. CHESNEY
United States District Court Judge

3

# EXHIBIT A

| Benefit Description | Guaranteed Benefit | Expected Benefit | Cost |
|---|---|---|---|
| $5,500.00 payable monthly, beginning on 9/01/2006, with last guaranteed payment on 2/01/2025 | $1,221,000.00 | $1,221,000.00 | $796,704.37 |
| $100,000.00 paid on 2/08/2018 | $100,000.00 | $100,000.00 | $54,835.00 |
| $250,000.00 paid oin 2/08/2021 | $250,000.00 | $250,000.00 | $114,415.00 |
| $550,000.00 paid on 2/08/2025 | $550,000.00 | $550,000.00 | $198,066.00 |
| $1,065,251.20 paid on 2/08/2030 | $1,065.251.20 | $1,065.251.20 | $284,241.63 |
| Subtotal | $3,186,251.20 | $3,186,251.20$ | $1,448,272.00 |