| | |
|---|---|
| JOHNNIE L. COCHRAN, JR., No. 33334<br>BRIAN DUNN, No. 176502<br>COCHRAN, CHERRY, GIVENS, SMITH & STEWART<br>4929 Wilshire Boulevard, Suite 1010<br>Los Angeles, California 90010-3856<br>Tel: (323) 931-6200; Fax: (323) 931-9521<br><br>Attorneys for Plaintiffs<br>KELY WILKINS, Individually and as the Successor In Interest to Decedent WILLIAM ALBERTO WILKINS, WILLIAM ALBERTO WILKINS, Individually, the ESTATE OF WILLIAM WILKINS, WILLIAM RANDOLPH WILKINS, a Minor, by and Through His Guardian Ad Litem, KELY WILKINS, FERNANCO WILKINS, Individually, and JOSEFINA WILKINS, Individually | |
| JOHN A. RUSSO, No. 129729<br>  City Attorney<br>RANDOLPH W. HALL, No. 080142<br>  Assistant City Attorney<br>WILLIAM E. SIMMONS, No. 121266<br>  Supervising Trial Attorney<br>R. MANUEL FORTES, No. 139249<br>  Deputy City Attorney<br>CITY OF OAKLAND<br>One Frank H. Ogawa Plaza, 6th Floor<br>Oakland, California 94612<br>Tel: (510) 239-3751; Fax: (510) 238-6500 | EDWIN J. WILSON, JR., No. 48881<br>TODD BOLEY, No. 68119<br>ERICKSON, BEASLEY, HEWITT & WILSON LLP<br>483 Ninth Street, Suite 200<br>Oakland, California 94607<br>Tel:(510) 839-3448; Fax: (510) 839-1622<br><br>Attorneys for Defendants<br>CITY OF OAKLAND, TIM SCARROTT and ANDREW KOPONEN |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELY WILKINS, et al.,<br><br>         Plaintiffs<br><br>    v.<br><br>CITY OF OAKLAND, et al.,<br><br>         Defendants. | No. C 01-1402 MMC<br><br>**STIPULATION FOR DISMISSAL AND ENTRY OF JUDGMENT AND ORDER THEREON** |

///

///

1  IT IS HEREBY STIPULATED by and between plaintiffs KELY WILKINS, Individually
2  and as Successor in Interest to Decedent William Albert Wilkins, The ESTATE OF WILLIAM
3  WILKINS, and WILLIAM RANDOLPH WILKINS, a minor, by his Guardian ad Litem, Kely
4  Wilkins defendants CITY OF OAKLAND, TIM SCARROTT and ANDREW KOPONEN, through
5  their undersigned counsel, that the entire action be dismissed with prejudice as to all plaintiffs
6  pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

7  IT IS FURTHER STIPULATED THAT the court shall direct the clerk to enter judgment
8  dismissing the entire action with prejudice.

9  IT IS FURTHER STIPULATED THAT each party shall bear its own costs and attorney's
10 fees.

11 Dated: 8-17-06, 2006        LAW OFFICES OF COCHRAN, CHERRY,
12                             GIVENS, SMITH & STEWART

13
14                             By: _____
15                             Brian T. Dunn, Esq.
16                             Attorneys for Plaintiffs

17 Dated: 8-18-06, 2006        ERICKSON BEASLEY HEWITT & WILSON LLP
18
19
20                             By: _____
                               Todd Boley
21                             Attorneys for Defendants

22

23                             **ORDER**

24 THE PARTIES HAVING STIPULATED THERETO, IT IS HEREBY ORDERED
25 ADJUDGED AND DECREED THAT:
26 ///
27 ///
28 ///

STIPULATION FOR DISMISSAL AND ENTRY OF
JUDGMENT AND ORDER THEREON                    2                      Case No. C 01-1402 MMC

1. The entire action be dismissed with prejudice as to all plaintiffs pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

2. The clerk shall enter judgment dismissing the entire action with prejudice.

3. Each party shall bear its own costs and attorney's fees.

Dated: August 22, 2006

_____
Judge of the District Court

Q:\Oakland, City of\Wilkins 1063\Pld\Stipulation re Dismissal.wpd

STIPULATION FOR DISMISSAL AND ENTRY OF JUDGMENT AND ORDER THEREON   3   Case No. C 01-1402 MMC